UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| ZF MERITOR LLC and MERITOR TRANSMISSION CORPORATION )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>EATON CORPORATION )<br>)<br>Defendant. ) | Civil Action No. ____<br><br><br><br>JURY TRIAL DEMANDED |

**PLAINTIFFS ZF MERITOR LLC AND MERITOR TRANSMISSION CORPORATION'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1(a)**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs advise the Court that ZF Meritor LLC's parent corporations are Meritor Transmission Corporation (an ArvinMeritor Inc. company) and ZF AG Holding, Inc. (a ZF Friedrichshafen AG company). No publicly-held corporations own 10% or more of ZF Meritor LLC's stock. Meritor Transmission Corporation's parent corporation is ArvinMeritor Holdings Mexico, Inc. (an ArvinMeritor Inc. company), and no publicly-held corporations own 10% or more of its stock.

2153226

Dated:   October 5, 2006

Respectfully submitted,

By: _____
Charles M. Oberly, III (No. 743)
Karen V. Sullivan (No. 3872)
OBERLY, JENNINGS & RHODUNDA, P.A.
1220 Market Street, Suite 710
P.O. Box 2054
Wilmington, DE  19899
(302) 576-2000 (Tel)
(302) 576-2004 (Fax)

Attorneys for Plaintiffs ZF Meritor LLC and Meritor Transmission Corporation

Of Counsel:

R. Bruce Holcomb
Christopher H. Wood
Charles E. Luftig
DICKSTEIN SHAPIRO LLP
1825 Eye St. NW
Washington, DC  20006-5403
(202) 420-2200 (Tel)
(202) 420-2201 (Fax)