UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ZF MERITOR LLC and MERITOR TRANSMISSION CORPORATION | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 06-623-UNA |
| v. | ) ) | |
| EATON CORPORATION | ) ) | |
| Defendant. | ) | JURY TRIAL DEMANDED |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of R. Bruce Holcomb, Christopher H. Wood, Charles E. Luftig, to represent Plaintiffs, ZF Meritor LLC and Meritor Transmission Corporation, in this matter.

/s/ Karen V. Sullivan
_____
Charles M. Oberly, III (No. 743)
Karen V. Sullivan (No. 3872)
OBERLY, JENNINGS & RHODUNDA, P.A.
1220 Market Street, Suite 710
P.O. Box 2054
Wilmington, DE 19899
(302) 576-2000 (Tel)
(302) 576-2004 (Fax)

Attorneys for Plaintiffs ZF Meritor LLC
and Meritor Transmission Corporation

Date: October 6, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

United States District Judge

CERTIFICATION BY COUNSEL
TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the $25.00 annual *pro hac vice* fee has been paid to the Clerk's office upon the filing of this motion.

Signed: */s/ R. Bruce Holcomb*

Date: October 6, 2006

R. Bruce Holcomb (DC Bar #358377)
Dickstein Shapiro LLP
1825 Eye St. N.W.
Washington D.C., 20006
Tel: (202) 420-2200
Fax: (202) 420-2201
Holcombb@dicksteinshapiro.com

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the $25.00 annual *pro hac vice* fee has been paid to the Clerk's office upon the filing of this motion.

Signed: *[signature]*

Date: October 6, 2006

Christopher H. Wood (DC Bar #451311)
Dickstein Shapiro LLP
1825 Eye St. N.W.
Washington D.C., 20006
Tel: (202) 420-2200
Fax: (202) 420-2201
Woodc@dicksteinshapiro.com

4

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the $25.00 annual *pro hac vice* fee has been paid to the Clerk's office upon the filing of this motion.

Signed: /s/ Charles E. Luftig

Date: October 6, 2006

Charles E. Luftig (DC Bar #494332)
Dickstein Shapiro LLP
1825 Eye St. N.W.
Washington D.C., 20006
Tel: (202) 420-2200
Fax: (202) 420-2201
Luftigc@dicksteinshapiro.com