IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZF MERITOR LLC and MERITOR TRANSMISSION CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>EATON CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 06-623 (SLR)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION TO EXTEND TIME

Plaintiffs and Defendant hereby stipulate, subject to the approval of the Court, that Defendant's time to answer, move or otherwise respond to the Complaint in this action is extended to and including November 22, 2006.

| OBERLY, JENNINGS & RHODUNDA, P.A. | MORRIS NICHOLS ARSCHT & TUNNELL |
|---|---|
| By: _/s/ Karen V. Sullivan_<br>    Charles M. Oberly, III (No. 743)<br>    Karen V. Sullivan (No. 3872)<br>    1220 Market Street, Suite 710<br>    P. O. Box 2054<br>    Wilmington, DE  19899<br>    Tel: (302) 576-2000<br>    coberly@ojlaw.com<br>    ksullivan@ojlaw.com<br><br>*Attorneys for Plaintiffs*<br><br>  R. Bruce Holcomb<br>  Christopher H. Wood<br>  Charles E. Luftig<br>  DICKSTEIN SHAPIRO LLP<br>  1825 Eye St., NW<br>  Washington, DC  20006-5403<br>  Tel: (202) 420-2200<br><br>*Of Counsel* | By: _/s/ Donald E. Reid_<br>    Donald E. Reid (No. 1058)<br>    1201 North Market Street<br>    P.O. Box 1347<br>    Wilmington, DE  19899<br>    Tel: (302) 575-7219<br>    dreid@mnat.com<br><br>*Attorneys for Defendant*<br><br>  Joseph A. Ostoyich<br>  HOWREY LLP<br>  1299 Pennsylvania Ave., NW<br>  Washington, DC  20004<br>  Tel.: (202) 383-7241<br>  OstoyichJ@howrey.com<br><br>*Of Counsel* |

- 2 -

IT IS SO ORDERED this _____ day of _____, 2006.

_____
United States District Court Judge