IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ZF MERITOR LLC and MERITOR TRANSMISSION CORPORATION, | ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No. 06-623-SLR |
| v. | ) ) | |
| EATON CORPORATION, | ) ) ) | |
| Defendant. | ) | |

**DEFENDANT EATON CORPORATION'S**
**MOTION TO TRANSFER TO THE MIDDLE DISTRICT OF NORTH CAROLINA**

Defendant Eaton Corporation ("Eaton"), a company headquartered and incorporated in Cleveland, Ohio, by and through its undersigned counsel, moves this Court, pursuant to 28 U.S.C. § 1404(a), for an Order transferring this action to the Middle District of North Carolina. Transfer should be granted because Plaintiffs and the Defendant have pertinent heavy duty truck transmission offices in North Carolina, as do two of the four third-parties identified in the Complaint as having violated the antitrust laws "in concert" with Eaton.

In contrast, the district of Delaware has no connection to the facts that are allegedly at issue in this case. None of the parties manufactures or sells heavy duty transmissions or has any pertinent office or witness in Delaware, and none of the crucial third-parties buys heavy duty transmissions or has a pertinent office or witness in Delaware.

In support of its motion, Eaton relies on the attached Memorandum. Eaton requests that the Court hear oral argument on this motion.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

Robert F. Ruyak
Joseph A. Ostoyich
Curtis J. LeGeyt
HOWREY LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004

November 22, 2006

/s/ 
Donald E. Reid (#1058)
Jason A. Cincilla (#4232)
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 351-9219
*Attorneys for Defendant*
*Eaton Corporation*

## CERTIFICATE OF SERVICE

I, Jason A. Cincilla, hereby certify that on the 22nd day of November, 2006 Defendant Eaton Corporation's Motion To Transfer To The Middle District Of North Carolina was served by electronic filing or e-mail on the following counsel of record:

>Charles M. Oberly, III, Esquire
>Oberly, Jennings & Rhodunda, P.A.
>1220 N. Market Street, Suite 710
>Wilmington, DE 19801
>
>Christopher Wood, Esquire
>Dickstein Shapiro LLP
>1825 Eye Street, NW
>West Tower, Suite 500
>Washington, DC 20006-5403
>Email: woodc@docksteinshapiro.com

>/s/ Jason Cincilla
>Jason A. Cincilla (#4232)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZF MERITOR LLC and MERITOR TRANSMISSION CORPORATION  )<br>)<br>) | |
| Plaintiffs,  )<br>) | C.A. No. 06-623-SLR |
| v.  )<br>) | |
| EATON CORPORATION,  )<br>) | |
| Defendant.  ) | |

### ORDER

This matter is before the Court on the Motion of Defendant Eaton Corporation ("Eaton") to transfer this action to the Middle District of North Carolina. In consideration of Eaton's motion, the Court being otherwise fully advised, it is hereby:

**ORDERED** that the Motion to Transfer shall be and is hereby **GRANTED**.

SO ORDERED this _____ day of _____, 2006.

_____
Hon. Sue L. Robinson, Chief Judge