UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ZF MERITOR LLC and MERITOR TRANSMISSION CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 06-623-SLR |
| v. | ) ) ) | |
| EATON CORPORATION, | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on this 13th day of June, 2007, a copy of Plaintiffs ZF Meritor LLC and Meritor Transmission Corporation's Rule 26(A)(1) Initial Disclosures was served by Christopher H. Wood, Esquire via email and overnight delivery on the following:

Donald E. Reid
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
dreid@mnat.com

Joseph A. Ostoyich
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
OstoyichJ@howrey.com

                                                        **OBERLY, JENNINGS & RHODUNDA, P.A.**

Dated: June 13, 2007                    /s/ Karen V. Sullivan
                                                    Charles M. Oberly, III (No. 743)
                                                    Karen V. Sullivan (No. 3872)
                                                    1220 Market Street, Suite 710
                                                    P.O. Box 2054
                                                    Wilmington, DE  19899
                                                    (302) 576-2000 – telephone
                                                    (302) 576-2004 – facsimile

                                                                  - and -

R. Bruce Holcomb
Christopher H. Wood
Charles E. Luftig
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC  20006-5403

Attorneys for Plaintiffs ZF Meritor LLC and
Meritor Transmission Corporation

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 13, 2007, I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF which will send notice of electronic filing to the following:

Donald E. Reid
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
dreid@mnat.com

I FURTHER CERTIFY that a copy of the foregoing Notice of Service will be served by Christopher H. Wood, Esquire via email and overnight delivery on the following:

Joseph A. Ostoyich
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
OstoyichJ@howrey.com

    /s/ Karen V. Sullivan
KAREN V. SULLIVAN (No. 3872)