# OBERLY, JENNINGS & RHODUNDA, P.A.
### 1220 Market Street - Suite 710
### P. O. Box 2054
### Wilmington, Delaware 19899

Charles M. Oberly, III
Kathleen M. Jennings
William J. Rhodunda, Jr.
-----------
Karen V. Sullivan

(302) 576-2000
Fax (302) 576-2004
E.I.No. 51-0364261
Writer's e-mail ksullivan@ojlaw.com

June 13, 2007

<u>Via CM/ECF & Hand Delivery</u>
The Honorable Sue L. Robinson
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 6124, Lockbox 31
Wilmington, DE 19801

RE:   *ZF Meritor LLC, et al. v. Eaton Corp.*, 06-623-SLR

Dear Chief Judge Robinson,

   I represent the Plaintiffs in the above-captioned matter, which is scheduled for a telephonic scheduling conference on Friday, June 15, 2007 at 8:15 a.m. I enclose for Your Honor's consideration a proposed scheduling order that outlines the parties' agreed upon discovery plan, as well as proposed dates for joinder or amendment and summary judgment motions. For the convenience of the Court, following the scheduling teleconference, I will submit a revised proposed scheduling order with all of the dates set by the Court included.

   I am available at the convenience of the Court to answer any questions.

Respectfully,

*Karen V Sullivan*

KAREN V. SULLIVAN (No. 3872)

Enclosure

cc:   Donald E. Reid, Esquire
      Joseph Ostoyich, Esquire (via email)