IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ZF MERITOR LLC and MERITOR TRANSMISSION CORPORATION, | ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | C.A. No. 06-623-SLR |
| v. | ) ) | |
| EATON CORPORATION, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I, Donald E. Reid, hereby certify that on the 14th day of June, 2007, Defendant Eaton Corporation's Initial Disclosures was served by e-mail and first-class mail on the following counsel of record:

Charles M. Oberly, III, Esquire
Oberly, Jennings & Rhodunda, P.A.
1220 N. Market Street, Suite 710
Wilmington, DE 19801

Christopher Wood, Esquire
Dickstein Shapiro LLP
1825 Eye Street, NW
West Tower, Suite 500
Washington, DC 20006-5403
Email: woodc@dicksteinshapiro.com

MORRIS, NICHOLS, ARSHT & TUNNELL

Donald E. Reid (#1058)
Jason A. Cincilla (#4232)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
(302) 575-7219
   Attorneys for Defendant
   Eaton Corporation

June 15, 2007