# OBERLY, JENNINGS & RHODUNDA, P.A.
### 1220 Market Street - Suite 710
### P. O. Box 2054
### Wilmington, Delaware 19899

**Charles M. Oberly, III**
**Kathleen M. Jennings**
**William J. Rhodunda, Jr.**
-----------
**Karen V. Sullivan**

(302) 576-2000
Fax (302) 576-2004
E.I.No. 51-0364261
Writer's e-mail ksullivan@ojlaw.com

June 19, 2007

Via CM/ECF
The Honorable Sue L. Robinson
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 6124, Lockbox 31
Wilmington, DE 19801

      RE:   *ZF Meritor LLC, et al. v. Eaton Corp.*, 06-623-SLR

Dear Chief Judge Robinson,

    I enclose for Your Honor's consideration a proposed scheduling order that contains the dates and provisions agreed to by the parties and set by the Court during the June 15, 2007 telephonic scheduling conference. The parties respectfully request that Your Honor enter the order.

    I am available at the convenience of the Court to answer any questions.

                               **Respectfully,**

                              */s/ Karen V. Sullivan*

                           **KAREN V. SULLIVAN (No. 3872)**

Enclosure

cc:   Donald E. Reid, Esquire
       Joseph Ostoyich, Esquire (via email)