UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ZF MERITOR LLC and MERITOR TRANSMISSION CORPORATION, | ) ) ) | |
| Plaintiffs | ) ) | Civil Action No. 06-623 (SLR) |
| v. | ) ) | |
| EATON CORPORATION | ) ) | |
| Defendant. | ) | JURY TRIAL DEMANDED |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Lauren H. Barski, to represent Plaintiffs, ZF Meritor LLC and Meritor Transmission Corporation, in this matter.

OBERLY, JENNINGS & RHODUNDA, P.A.

Dated: June 22, 2007

/s/ Karen V. Sullivan
Charles M. Oberly, III (No. 743)
Karen V. Sullivan (No. 3872)
1220 Market Street, Suite 710
P.O. Box 2054
Wilmington, DE 19899
(302) 576-2000 – Telephone
(302) 576-2004 – Facsimile

Attorneys for Plaintiffs ZF Meritor LLC
and Meritor Transmission Corporation

3

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the $25.00 annual *pro hac vice* fee has been paid to the Clerk's office upon the filing of this motion.

Signed: *Lauren H. Barski*

Date: June 20, 2007

Lauren H. Barski (NY 4308979)
Dickstein Shapiro LLP
1825 Eye St. N.W.
Washington D.C., 20006
Tel: (202) 420-2904
Fax: (202) 420-2201
BarskiL@dicksteinshapiro.com

2152598.02

2

# ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

United States District Judge

2

2152598.02

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on June 22, 2007, I electronically filed the foregoing Motion and Order for Admission Pro Hac Vice of Lauren H. Barski with the Clerk of the Court using CM/ECF which will send notice of electronic filing to the following:

    Donald E. Reid
    Morris, Nichols, Arsht & Tunnell LLP
    1201 N. Market Street
    P.O. Box 1347
    Wilmington, DE  19899-1347
    dreid@mnat.com

      I FURTHER CERTIFY that a copy of the foregoing Motion and Order for Admission Pro Hac Vice of Lauren H. Barski was served First Class Mail on the following:

    Joseph A. Ostoyich
    Howrey LLP
    1299 Pennsylvania Avenue, NW
    Washington, DC 20004-2402
    OstoyichJ@howrey.com

                        /s/ Karen V. Sullivan
                        KAREN V. SULLIVAN (No. 3872)