IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZF MERITOR LLC and MERITOR TRANSMISSION CORPORATION, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 06-623-SLR ) ) |
| EATON CORPORATION, | ) ) |
| Defendant. | ) ) |

## MOTION AND ORDER
## FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission(s) *pro hac vice* of Joseph A. Ostoyich, Robert F. Ruyak, Melissa R. Handrigan, and Curtis J. LeGeyt of Howrey LLP, 1299 Pennsylvania Avenue, NW, Washington, DC 20004, to represent the defendant Eaton Corporation in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Donald E. Reid
Donald E. Reid (#1058)
Jason A. Cincilla (#4232)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
(302) 575-7219
  Attorneys for Defendant
  Eaton Corporation

August 22, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission(s) *pro hac vice* is granted.

Date: _____     _____
                              United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Joseph A. Ostoyich, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: August 6, 2007

Joseph A. Ostoyich, Esquire
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 783-0800

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: August 3, 2007

Robert F. Ruyak, Esquire
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 783-0800

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: August 3, 2007

/s/ Melissa Handrigan
Melissa R. Handrigan, Esquire
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 783-0800

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Curtis J. LeGeyt, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, State of New York and State of Massachusetts, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid [ ] to the Clerk of Court, or, if not paid previously, the fee payment will be submitted [X] to the Clerk's Office upon the filing of this motion.

Dated: August 6th, 2007

Curtis J. LeGeyt, Esquire
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 783-0800

## CERTIFICATE OF SERVICE

I, Donald E. Reid, hereby certify that on the 22nd day of August, 2007, a Motion And Order For Admissions *Pro Hac Vice* was served by electronic filing or e-mail on the following counsel of record:

>Charles M. Oberly, III, Esquire
>Oberly, Jennings & Rhodunda, P.A.
>1220 N. Market Street, Suite 710
>Wilmington, DE 19801
>coberly@ojlaw.com

>Christopher Wood, Esquire
>Dickstein Shapiro LLP
>1825 Eye Street, NW
>West Tower, Suite 500
>Washington, DC 20006-5403
>Email: woodc@dicksteinshapiro.com


>/s/ Donald E. Reid
>Donald E. Reid (#1058)