UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

ZF MERITOR LLC and MERITOR              )
TRANSMISSION CORPORATION                )
                                        )
            Plaintiffs,                 )       Civil Action No. 06-623 (SLR)
                                        )
      v.                                )
                                        )
EATON CORPORATION                       )
                                        )
            Defendant.                  )       JURY TRIAL DEMANDED

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

      Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the

admission *pro hac vice* of Jennifer D. Hackett, to represent Plaintiffs, ZF Meritor LLC and

Meritor Transmission Corporation, in this matter.

                              _____
                              Charles M. Oberly, III (No. 743)
                              Karen V. Sullivan (No. 3872)
                              OBERLY, JENNINGS & RHODUNDA, P.A.
                              1220 Market Street, Suite 710
                              P.O. Box 2054
                              Wilmington, DE  19899
                              (302) 576-2000 (Tel)
                              (302) 576-2004 (Fax)

                              Attorneys for Plaintiffs ZF Meritor LLC
                              and Meritor Transmission Corporation

Date:  September 7, 2007

2303653

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia (Bar # 477433), the State of Maryland (Bar # 16841), as well as a member of the Bars of the federal district courts in those jurisdictions and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the $25.00 annual *pro hac vice* fee will be paid to the Clerk's office upon the filing of this motion.

Signed:

Date: September 7, 2007

Jennifer D. Hackett
Dickstein Shapiro LLP
1825 Eye St. N.W.
Washington D.C., 20006
Tel: (202) 420-4413
Fax: (202) 420-2201
hackettj@dicksteinshapiro.com

3

2303653

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is

granted.

Date: _____

                                              _____

                                             United States District Judge

2303653