UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| ZF MERITOR LLC and MERITOR TRANSMISSION CORPORATION,<br><br>        Plaintiffs,<br><br>        v.<br><br>EATON CORPORATION,<br><br>        Defendant. | Civil Action No. 06-623-SLR |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on this 7th day of September, 2007, a copy of Plaintiffs

ZF Meritor LLC and Meritor Transmission Corporation's Response to Defendant's First Set of

Requests for the Production of Documents was served by Jennifer D. Hackett, Esquire via email

and first class U.S. mail on the following:

Donald E. Reid
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
dreid@mnat.com

Joseph A. Ostoyich
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
OstoyichJ@howrey.com

**OBERLY, JENNINGS & RHODUNDA, P.A.**

Dated: September 7, 2007

_/s/ Karen V. Sullivan_____
Charles M. Oberly, III (No. 743)
Karen V. Sullivan (No. 3872)
1220 Market Street, Suite 710
P.O. Box 2054
Wilmington, DE  19899
(302) 576-2000 – telephone
(302) 576-2004 – facsimile

- and -

R. Bruce Holcomb
Christopher H. Wood
Jennifer D. Hackett
Lauren H. Barski
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC  20006-5403

Attorneys for Plaintiffs ZF Meritor LLC and
Meritor Transmission Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 7, 2007, I electronically filed the foregoing

Notice of Service with the Clerk of the Court using CM/ECF which will send notice of electronic

filing to the following:

> Donald E. Reid
> Morris, Nichols, Arsht & Tunnell LLP
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899-1347
> dreid@mnat.com

I FURTHER CERTIFY that a copy of the foregoing Notice of Service will be served by

Jennifer D. Hackett, Esquire via email and first-class U.S. mail on the following:

> Joseph A. Ostoyich
> Howrey LLP
> 1299 Pennsylvania Avenue, NW
> Washington, DC 20004-2402
> OstoyichJ@howrey.com

> /s/ Karen V. Sullivan
> KAREN V. SULLIVAN (No. 3872)