IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZF MERITOR LLC and MERITOR TRANSMISSION CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>EATON CORPORATION,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 06-623-SLR<br>)<br>)<br>)<br>) |

**O R D E R**

At Wilmington this 10th day of January, 2008, having reviewed the papers submitted in connection with various pending issues;

IT IS ORDERED that:

1. Defendant's motion for reargument (D.I. 27) is denied, as the court continues to find that plaintiff has sufficiently pled antitrust injury.

2. Plaintiff's request for discovery related to prior lawsuits is denied, as such requests will not lead to the discovery of information relevant to the claims asserted.

 

United States District Judge