# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Donald E. Reid
302 351 9219
302 425 3001 Fax
dreid@mnat.com

March 18, 2008

**VIA E-FILING AND**
**HAND DELIVERY**

The Honorable Sue L. Robinson
United States District Court
 for the District of Delaware
844 King Street
Wilmington, DE 19801

        Re:    ZF Meritor LLC, et al. v. Eaton Corporation
                Civil Action No. 06-623-SLR

Dear Judge Robinson:

        As reflected in Defendant Eaton Corporation's Motion For Issuance of a Letter of Request, enclosed are three copies of the Letter for Your Honor's convenience. As also stated in our motion, plaintiffs' counsel does not oppose this request. Therefore, we respectfully ask that Your Honor sign all three copies of the Letter at your earliest convenience. My assistant, Ann Ropp, can be reached at 351-9261 when they are ready for pick up.

                          Respectfully yours,

                          */s/ Donald E. Reid*

                          Donald E. Reid (#1058)

DER/amr
Enclosures
    cc:    Dr. Peter T. Dalleo, Clerk (w/o enc.) (Via E-Filing)
            Karen V. Sullivan, Esquire (w/o enc.) (Via E-Filing)