UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| ZF MERITOR LLC and MERITOR TRANSMISSION CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>EATON CORPORATION,<br><br>Defendant. | Civil Action No. 06-623-SLR |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the following dates, Lauren H. Barski, pro hac vice counsel for Plaintiffs ZF Meritor LLC and Meritor Transmission Corporation, served via courier on Melissa Handrigan, pro hac vice counsel for Defendant Eaton Corporation, at Howrey LLP, 1299 Pennsylvania Avenue NW, Washington, DC 20004-2402, the following documents responsive to Defendant's First Set of Requests for Production, as modified by agreement of the parties:

- November 7, 2007: Documents produced to Defendant in the Eastern District of Michigan action Eaton v. ZF Meritor (No. 03-74844) and related ITC proceedings

- February 26, 2008: Documents bates stamped ZFMA0000001- ZFMA0035545

- March 10, 2008: Financial data on CDs bates stamped ZFMFD0001- ZFMFD0024

- March 14, 2008: Documents bates stamped ZFMA0035546- ZFMA0066656

- March 25, 2008: Documents bates stamped ZFMA0066657- ZFMA0149983

- March 27, 2008: Documents bates stamped ZFMA0149984- ZFMA0204541

- March 31, 2008: Documents bates stamped ZFMA0204542- ZFMA0330770 and ZFMA0330771- ZFMA0373297.

                                        **OBERLY, JENNINGS & RHODUNDA, P.A.**

Dated: April 03, 2008                  /s/ Karen V. Sullivan
                                                      Charles M. Oberly, III (No. 743)
                                                          Karen V. Sullivan (No. 3872)
                                                          1220 Market Street, Suite 710
                                                          P.O. Box 2054
                                                          Wilmington, DE  19899
                                                          (302) 576-2000 – telephone
                                                          (302) 576-2004 – facsimile
                                                          coberly@ojlaw.com
                                                          ksullivan@ojlaw.com

                                                                 - and -

R. Bruce Holcomb
Christopher H. Wood
Lauren H. Barski
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC  20006-5403

Attorneys for Plaintiffs ZF Meritor LLC and Meritor Transmission Corporation