IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZF MERITOR LLC and MERITOR TRANSMISSION CORPORATION,<br><br>      Plaintiffs,<br><br>      v.<br><br>EATON CORPORATION,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 06-623-SLR<br>)<br>)<br>)<br>) |

**O R D E R**

At Wilmington this 17th day of April, 2008, having conferred with counsel;

IT IS ORDERED that:

1. The document production completion date is extended to **May 31, 2008.**

2. The court shall conduct an in-person discovery conference on **May 13, 2008 at 2:00 p.m.** in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. At the conference, the parties shall be prepared to identify: (a) any supplemental document custodians; and (b) at least 20 individuals who will be noticed for fact depositions. Unless the parties agree that document production will be completed without further disputes by the May 31, 2008 completion date, the parties shall be prepared to present the testimony of their IT people as to why such production cannot be timely completed.

3. The court and parties shall address further revisions to the scheduling order

at the May 13, 2008 conference.

_____
United States District Judge