IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZF MERITOR LLC and MERITOR TRANSMISSION CORPORATION, ) ) ) | |
| Plaintiffs, ) ) | Case No. 06-623 SLR |
| v. ) EATON CORPORATION ) ) | |
| Defendant. ) | |

**NOTICE OF CHANGE OF FIRM AFFILIATION AND CONTACT INFORMATION**

PLEASE TAKE NOTICE that, effective May 1, 2008, the undersigned counsel's firm affiliation and contact information was changed as follows:

Charles M. Oberly, III
Karen V. Sullivan
WolfBlock LLP
1100 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 777-5860 - Telephone
(302) 777-7908 - Facsimile
coberly@wolfblock.com
ksullivan@wolfblock.com

Please revise your records accordingly.

WOLFBLOCK LLP

/s/ Karen V. Sullivan (No. 3872)
Charles M. Oberly, III (No. 743)
Karen V. Sullivan (No. 3872)
1100 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 777-5860 - Telephone
(302) 778-7908 - Facsimile
*Attorneys for Plaintiffs*

Dated: May 19, 2008