IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ZF Meritor LLC, and Meritor Transmission Corporation, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civ. No. 06-623-SLR |
| | : | |
| Eaton Corporation, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

At Wilmington this 7th day of **July, 2008**,

IT IS ORDERED that a status teleconference has been scheduled for **September 9th, 2008 at 10:00 a.m.** with Magistrate Judge Stark and only the Plaintiffs in this matter to further discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences.

IT IS FURTHER ORDERED that a status teleconference has been scheduled for **September 9th, 2008 at 11:00 a.m.** with Magistrate Judge Stark and only the Defendant in this matter to further discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences.

**The teleconference calls shall be initiated by the parties at their respectively scheduled times to 302-573-4573.** Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE