**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ZF MERITOR LLC and MERITOR TRANSMISSION CORPORATION, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 06-623 (SLR) |
| v. | ) ) | |
| EATON CORPORATION, | ) ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

**PLEASE TAKE NOTICE** that on this 11th day of July, 2008, a copy of Plaintiffs ZF

Meritor LLC and Meritor Transmission Corporation's first Rule 30(b)(6) Deposition Notice to

Eaton Corporation was served by Lauren H. Barski, Esquire via email on :

Melissa Handrigan
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
HandriganM@howrey.com

Curtis J. LeGeyt
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
LeGeytC@howrey.com

**WOLFBLOCK LLP**

Dated: July 11, 2008

/s/ Chandra J. Rudloff
Charles M. Oberly, III (No. 743)
Karen V. Sullivan (No. 3872)
Chandra J. Rudloff (No. 4907)
1220 Market Street, Suite 710
1100 North Market Street
Wilmington, DE 19801
(302) 777-5860 – telephone
(302) 777-5863 – facsimile

- and -

R. Bruce Holcomb
Christopher H. Wood

DSMDB-2469072v01

2

Lauren H. Barski
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC  20006-5403

*Attorneys for Plaintiffs ZF Meritor LLC and
Meritor Transmission Corporation*

DSMDB-2469072v01

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 11, 2008, I electronically filed the foregoing Notice of

Service with the Clerk of the Court using CM/ECF which will send notice of electronic filing to

the following:

> Donald E. Reid
> Morris, Nichols, Arsht & Tunnell LLP
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899-1347
> dreid@mnat.com

I FURTHER CERTIFY that a copy of the foregoing Notice of Service will be served by

Lauren H. Barski, Esquire via email on the following:

> Melissa Handrigan
> Howrey LLP
> 1299 Pennsylvania Avenue, NW
> Washington, DC 20004-2402
> HandriganM@howrey.com

> Curtis J. LeGeyt
> Howrey LLP
> 1299 Pennsylvania Avenue, NW
> Washington, DC 20004-2402
> LeGeytC@howrey.com

> /s/ Chandra J. Rudloff
> Chandra J. Rudloff (No. 4907)