IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZF MERITOR LLC and MERITOR TRANSMISSION CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>EATON CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 06-623 (SLR)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on this 8th day of September, 2008, a copy of Plaintiffs ZF Meritor LLC and Meritor Transmission Corporation's Objections and Responses to Defendant's Rule 30(b)(6) Deposition Notice was served by Lauren H. Barski, Esquire via email on:

Melissa Handrigan
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
HandriganM@howrey.com

Dated: September 08, 2008

**WOLF BLOCK**
/s/ Chandra J. Rudloff
Charles M. Oberly, III (No. 743)
Karen V. Sullivan (No. 3872)
Chandra J. Rudloff (No. 4907)
1100 North Market Street
Wilmington, DE 19801
(302) 777-5860 – telephone
(302) 777-5863 – facsimile

- and -

R. Bruce Holcomb
Christopher H. Wood
Lauren H. Barski
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC  20006-5403

Attorneys for Plaintiffs ZF Meritor LLC and
Meritor Transmission Corporation

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 8, 2008, I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF which will send notice of electronic filing to the following:

Donald E. Reid
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
dreid@mnat.com

I FURTHER CERTIFY that a copy of the foregoing Notice of Service will be served by Lauren H. Barski, Esquire via email on the following:

Melissa Handrigan
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
HandriganM@howrey.com

          /s/ Chandra J. Rudloff
Chandra J. Rudloff (No. 4907)
WOLFBLOCK LLP
1100 N. Market Street
Wilmington, DE 19801
(302) 777-5860 (tel)
(302) 777-5863 (fax)