## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ZF MERITOR LLC and MERITOR TRANSMISSION CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-623-SLR |
| EATON CORPORATION, | ) ) | |
| Defendant. | ) ) ) | |

### NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on this 17th day of February, 2009, a copy of

Plaintiffs ZF Meritor LLC and Meritor Transmission Corporation's Expert Report was served by

Jennifer D. Hackett on the following:

Via email:

Donald E. Reid
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
dreid@mnat.com

Via hand delivery and email:

Melissa Handrigan
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
HandriganM@howrey.com

Dated:  February 17, 2009

/s/ Karen V. Sullivan
Karen V. Sullivan (No. 3872)
WOLF BLOCK LLP
Wilmington Trust Center
1100 North Market Street
Suite 1001
Wilmington, DE 19801
T:  (302) 777-6928
F:  (302) 778-7908

R. Bruce Holcomb
ADAMS HOLCOMB LLP
1875 Eye Street, N.W., Suite 810
Washington, DC  20006-5403
T:  202-580-8820
F:  202-580-8821

Peter J. Kadzik
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, DC  20006
T:  202-420-2200
F:  202-420-2201

*Attorneys for Plaintiffs*
*ZF Meritor LLC and*
*Meritor Transmission Corporation*

DSMDB-2571527v01