IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZF MERITOR LLC and MERITOR TRANSMISSION CORPORATION,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EATON CORPORATION,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 06-623-SLR<br>)<br>)<br>)<br>)<br>) |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the jury verdict of October 8, 2009;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of plaintiffs ZF Meritor, LLC and Meritor Transmission Corporation and against defendant Eaton Corporation.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　United States District Judge

Dated: 10/14/2009

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　(By) Deputy Clerk