UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ZF MERITOR LLC and MERITOR TRANSMISSION CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>EATON CORPORATION,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-623 (SLR)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF PLAINTIFFS' INABILITY TO REDACT

PLEASE TAKE NOTICE due to the sensitive nature of the contents of exhibits 1, 2, 17, 18 and 19 to the Declaration of Jennifer D. Hackett in Support of Plaintiffs' Answering Brief in Opposition to Defendant's Motion to Exclude Opinion Testimony of Dr. David W. Deramus, Plaintiff is unable to file a redacted version of these documents.

                                              /s/ Joseph C. Schoell
                                              Joseph C. Schoell (I.D. No. 3133)
                                              Drinker Biddle & Reath LLP
                                              1100 N. Market Street, Suite 1000
                                              Wilmington, DE  19801
                                              Telephone:   (302) 467-4200
                                              Facsimile:    (302) 467-4201
                                              Joseph.schoell@dbr.com
                                              *Attorney for Plaintiffs ZF Meritor LLC and*
                                              *Meritor Transmission Corporation*

OF COUNSEL:

Jay N. Fastow
Justin W. Lamson
Dickstein Shapiro LLP
1777 Avenue of the Americas
New York, NY  10036
Telephone:   (212) 277-6500
FastowJ@dicksteinshapiro.com

Jennifer D. Hackett
Dickstein Shapiro LLP
1825 Eye Street, NW
Washington, DC  20006
Telephone:     (202) 420-4413
hackettj@dicksteinshapiro.com

R. Bruce Holcomb
Adams Holcomb LLP
1875 Eye Street NW, Suite 810
Washington, DC  20006
Telephone:     (202) 580-8820
Holcomb@adamsholcomb.com

Christopher H. Wood
12347 Ross Creek Drive
Deer Mountain, UT  84036
Telephone:     (703) 868-3136


April 29, 2013