# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ZF MERITOR LLC and MERITOR TRANSMISSION CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 06-623-SLR |
| v. | ) ) | |
| EATON CORPORATION, | ) ) | |
| Defendant. | ) ) | |

**DEFENDANT EATON CORPORATION'S
MOTION FOR PARTIAL SUMMARY JUDGMENT OR, IN THE ALTERNATIVE,
MOTION *IN LIMINE* TO EXCLUDE ARGUMENT AND EVIDENCE
OF A PORTION OF PLAINTIFFS' ALLEGED DAMAGES**

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP
        Donald E. Reid (#1058)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, Delaware 19899-1347
        (302) 351-9219
        dreid@mnat.com
            *Attorneys for Defendant*
            *Eaton Corporation*

OF COUNSEL:

| | |
|---|---|
| Alfred C. Pfeiffer, Jr. | Dan K. Webb |
| Sarah M. Ray | Robert F. Ruyak |
| Andrew M. Gass | WINSTON & STRAWN LLP |
| LATHAM & WATKINS LLP | 35 W. Wacker Drive |
| 505 Montgomery St. | Chicago, IL 60601-9703 |
| San Francisco, CA 94107 | |
| | Joseph A. Ostoyich |
| | BAKER BOTTS LLP |
| | The Warner |
| | 1299 Pennsylvania Ave., NW |
| | Washington, D.C. 20004-2400 |

April 22, 2014

Defendant Eaton Corporation hereby moves for partial summary judgment, or in the alternative moves *in limine* to exclude argument and evidence of a portion of plaintiffs' alleged damages, in the manner and for the reasons stated in the accompanying Memorandum of Points and Authorities and Appendix thereto.

| | |
|---|---|
| April 22, 2014 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| | */s/ Donald E. Reid* |
| | Donald E. Reid (#1058) |
| | 1201 N. Market Street |
| | P.O. Box 1347 |
| | Wilmington, DE 19801 |
| | (302) 351-9261 |
| | dreid@mnat.com |
| | *Attorneys for Defendant Eaton Corporation* |

## CERTIFICATE OF SERVICE

I, Donald E. Reid, hereby certify that on the 22nd day of April, 2014, a copy of Defendant Eaton Corporation's Motion for Partial Summary Judgment or, in the Alternative, Motion in Limine to Exclude Argument and Evidence of a Portion of Plaintiffs' Alleged Damages was served by electronic filing on the following counsel of record:

>Joseph C. Schoell, Esquire
>Drinker Biddle & Reath LLP
>1100 North Market Street
>Suite 1000
>Wilmington, DE 19801
>
>Jennifer Hackett
>DICKSTEIN SHAPIRO LLP
>1825 Eye Street, N.W.
>Washington, DC  20006

>*/s/ Donald E. Reid*
>Donald E. Reid (#1058)