IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZF MERITOR LLC and MERITOR TRANSMISSION CORPORATION, | ) ) ) |
| Plaintiffs, | ) ) C.A. No. 06-623-SLR |
| v. | ) ) |
| EATON CORPORATION, | ) ) |
| Defendant. | ) ) |

**DEFENDANT EATON CORPORATION'S MOTION *IN LIMINE* TO EXCLUDE ARGUMENT AND EVIDENCE OF PLAINTIFFS' "CONTRIBUTION MARGIN" AND "ENTERPRISE VALUE" DAMAGES ANALYSES**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Donald E. Reid (#1058)
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 351-9219
dreid@mnat.com
*Attorneys for Defendant
Eaton Corporation*

OF COUNSEL:

Alfred C. Pfeiffer, Jr.
Sarah M. Ray
Andrew M. Gass
LATHAM & WATKINS LLP
505 Montgomery St.
San Francisco, CA 94107

Dan K. Webb
Robert F. Ruyak
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

Joseph A. Ostoyich
BAKER BOTTS LLP
The Warner
1299 Pennsylvania Ave., NW
Washington, D.C. 20004-2400

June 10, 2014

Defendant Eaton Corporation hereby moves *in limine* to exclude argument and evidence of plaintiffs' "contribution margin: and "enterprise value" damages claims, in the manner and for the reason stated in the accompanying Memorandum of Points and Authorities.

| | |
|---|---|
| June 10, 2014 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |

/s/ *Donald E. Reid*
Donald E. Reid (#1058)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
(302) 351-9261
dreid@mnat.com
    *Attorneys for Defendant*
    *Eaton Corporation*