# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Donald E. Reid
302 351 9219
302 425 3001 Fax
dreid@mnat.com

June 17, 2014

**BY HAND AND ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court
 for the District of Delaware
844 King Street
Wilmington, DE 19801

Re: *ZF Meritor LLC and Meritor Transmission Corporation v. Eaton Corporation*, C.A. No. 06-623-SLR

Dear Judge Robinson:

Defendant Eaton Corporation respectfully requests oral argument on its pending motion in limine. Eaton notes that Plaintiffs' response (D.I. 381) to the motion (D.I. 377) relies substantially on the suggestion that Eaton has waived the arguments raised in the motion. But plaintiffs' attempt to invoke the doctrine of waiver misrepresents the law. *Questar Pipeline Co. v. Grynberg* held that a party had waived its objection to expert evidence when it did not object until after the evidence was admitted at trial. There is no authority that Eaton can possibly have waived any legal position by objecting to argument and evidence a party plans to introduce at a trial that has not yet taken place. Given that Eaton's motion would preclude argument and evidence of over $550 million of Plaintiffs' damages claim--worth over $1.65 billion after trebling--Eaton respectfully requests oral argument to resolve this and any further questions the Court may have regarding the motion.

Respectfully,

*/s/ Donald E. Reid*

Donald E. Reid (#1058)

DER/ar
cc: Clerk of the Court (By Electronic Filing)
 All Counsel of Record (By Electronic Filing)

8323912