# DrinkerBiddle&Reath LLP

Joseph C. Schoell
302-467-4245 Direct
302-467-4201 Fax
joseph.schoell@dbr.com

*Law Offices*
222 Delaware Ave., Ste. 1410
Wilmington, DE 19801-1621

302-467-4200 phone
302-467-4201 fax
www.drinkerbiddle.com

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON DC
WISCONSIN

June 16, 2014

***Via CM/ECF and Hand Delivery***

The Honorable Sue L. Robinson
United States District Court
  District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 6124, Unit 31
Wilmington, DE 19801-3568

    Re:    *ZF Meritor LLC and Meritor Transmission Corporation v. Eaton Corporation*, **Civil Action No. 06-623**

Dear Judge Robinson:

    Enclosed is a CD containing the parties' proposed final jury instructions (D.I. 382), filed yesterday in the above action, together with plaintiffs' proposed preliminary jury instructions (D.I. 380), and defendant's proposed preliminary instructions (D.I. 372) in Word Perfect x 4 format.

    If the Court should need anything further, please do not hesistate to contact me.

                        Respectfully submitted,

                        /s/ *Joseph C. Schoell*

                        Joseph C. Schoell (I.D. No. 3133)

JCS/cet
Enclosure
cc:    Clerk of the Court
        Counsel of Record (via CM/ECF)

*Established 1849*

ACTIVE/ 75933836.1