IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZF MERITOR LLC and MERITOR TRANSMISSION CORPORATION, Plaintiffs, v. EATON CORPORATION, Defendant. | Civ. No. 06-623-SLR |

**ORDER**

At Wilmington this 18th day of June 2014, consistent with the memorandum issued this same date;

IT IS ORDERED that:

1. Eaton's motion in limine (D.I. 376) is denied without prejudice to renew at trial.

2. Eaton's request to exclude lost profits (D.I. 375) is denied.

                                                                                  United States District Judge